**E. KENT WINWARD #5562**
**ABRAHAM SMOOT #12666**
**Attorney for Debtor(s)**
**4850 Harrison Blvd, Suite 1**
**Ogden UT 84403**
**Telephone: (801) 392-8200**
**Facsimile: (801) 392-2724**
**utahbankruptcyfirm@gmail.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| **In the Matter of**: | Case No. 21-24806 |
|---|---|
| **Zachary Scott,** | Chapter 13 |
| | **Judge Kevin R. Anderson** |
| **Debtor(s)** | |

**OBJECTION TO DISMISSAL AND**
**REQUEST FOR NEW MEETING OF CREDITORS**
**AND CONFIRMATION HEARING**

Debtor, through counsel, hereby objects to the Trustee's Motion to Dismiss and requests a new Meeting of Creditors and Confirmation Hearing be scheduled. In support thereof, debtor represents as follows:

1. Debtor filed a Chapter 13 petition on November 9, 2021.

2. Debtor's Meeting of Creditors was scheduled for December 17, 2021 at 9:00 a.m.

3. Debtor followed and incorrect zoom link and was waiting for his meeting until after the time had passed for the hearing. After the time had passed and he had never been admitted into a meeting, he contacted counsel, but by then it was too late.

4. Debtor has made his first plan payment.

5. Debtor requests that a new Meeting of Creditors and Confirmation Hearing be scheduled and that the pertinent deadlines be extended accordingly.

WHEREFORE, Debtor requests that the Trustee's Motion to Dismiss be denied and a new Meeting of Creditors and Confirmation Hearing be scheduled.

DATED: January 13, 2022

_____/s/_____
E. Kent Winward
Abraham Smoot
Attorneys for Debtor