*Order prepared by:*
**E. KENT WINWARD #5562**
**ABRAHAM SMOOT #12666**
**Attorney for Debtor(s)**
**4850 Harrison Blvd, Suite 1**
**Ogden UT 84403**
**Telephone:  (801) 392-8200**
**Facsimile:  (801) 392-2724**
**utahbankruptcyfirm@gmail.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| **In the Matter of**: | Case No. 21-24806 |
|---|---|
| **Zachary Scott,** | Chapter 13 |
| | **Judge Kevin R. Anderson** |
| **Debtor(s)** | |

**ORDER ON OBJECTION TO DISMISSAL AND**
**REQUEST FOR NEW MEETING OF CREDITORS**
**AND CONFIRMATION HEARING**

Debtor filed an Objection to Dismissal and Request for New Meeting of Creditors and Confirmation .

WHEREFORE, this Court, having reviewed the pleadings on file, being fully advised in the premises and good cause appearing, hereby ORDERS:

1. The Trustee's Motion to Dismiss is denied;

2. A new Meeting of Creditors shall be scheduled with deadlines extended as follows:

    A. The deadline to object to claimed exemptions is extended to thirty days after the new Meeting of Creditors; and

B. The deadline to object to dischargeability is extended to sixty days after the new Meeting of Creditors; and

3. A new Confirmation Hearing shall be scheduled by the Clerk of Court

END OF ORDER

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order On Objection To Dismissal And Request For New Meeting Of Creditors And Confirmation Hearing shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registeredCM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Chapter 13 Trustee

E. Kent Winward, Counsel for Debtors

By U.S. Mail - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Zachary Scott,

1168 South Foothill Drive #631
Salt Lake City, UT 84108

__/s/_____
E Kent Winward
Abraham Smoot
Attorneys for Debtor(s)