Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

**IN RE:**

ZACHARY RAYMOND HENRY SCOTT

**Debtor**

**CASE: 21-24806**

**CHAPTER 13**

Hon. KEVIN R. ANDERSON

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Debtor(s) failed to produce at the 341 Meeting evidence of current income (see Fed. R. Bankr. P. 4002(b)(2)(A)) and LR 2083-1(e)(1)(2)(A).

2. The Debtor should provide the Trustee with a copy of the divorce decree or Court Order.

3. The Trustee requests an update at Confirmation regarding: status of child support amount.

4. The plan is not feasible in that it is presently projected to require more than 60 months to make all payments required by the plan.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: March 17, 2022

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on March 17, 2022:

E. KENT WINWARD, ECF Notification

/s/ Stephanie Beals